# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TYCHE LICENSING LLC, | ) |
| | ) Case No. 2:22-cv-00150 |
| Plaintiff, | ) |
| | ) **JURY TRIAL DEMANDED** |
| v. | ) |
| | ) |
| STMICROELECTRONICS N.V. and | ) |
| STMICROELECTRONICS | ) |
| INTERNATIONAL N.V., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Tyche Licensing LLC states that its parent corporation is Quest Patent Research Corporation.

Dated:  May 16, 2022                Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ *Alfred R. Fabricant*　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　 Alfred R. Fabricant
　　　　　　　　　　　　　　　　　　　　　　　 NY Bar No. 2219392
　　　　　　　　　　　　　　　　　　　　　　　 Email: ffabricant@fabricantllp.com
　　　　　　　　　　　　　　　　　　　　　　　 Peter Lambrianakos
　　　　　　　　　　　　　　　　　　　　　　　 NY Bar No. 2894392
　　　　　　　　　　　　　　　　　　　　　　　 Email: plambrianakos@fabricantllp.com
　　　　　　　　　　　　　　　　　　　　　　　 Vincent J. Rubino, III
　　　　　　　　　　　　　　　　　　　　　　　 NY Bar No. 4557435
　　　　　　　　　　　　　　　　　　　　　　　 Email: vrubino@fabricantllp.com
　　　　　　　　　　　　　　　　　　　　　　　 **FABRICANT LLP**
　　　　　　　　　　　　　　　　　　　　　　　 411 Theodore Fremd Avenue,
　　　　　　　　　　　　　　　　　　　　　　　  Suite 206 South
　　　　　　　　　　　　　　　　　　　　　　　 Rye, New York 10580
　　　　　　　　　　　　　　　　　　　　　　　 Telephone: (212) 257-5797
　　　　　　　　　　　　　　　　　　　　　　　 Facsimile: (212) 257-5796

　　　　　　　　　　　　　　　　　　　　　　　 Justin Kurt Truelove
　　　　　　　　　　　　　　　　　　　　　　　 Texas Bar No. 24013653
　　　　　　　　　　　　　　　　　　　　　　　 Email: kurt@truelovelawfirm.com
　　　　　　　　　　　　　　　　　　　　　　　 **TRUELOVE LAW FIRM, PLLC**

100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

**ATTORNEYS FOR PLAINTIFF
TYCHE LICENSING LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on May 16, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                     */s/ Alfred R. Fabricant*
                                                     Alfred R. Fabricant